STATE of Missouri, Respondent,

v.

Robert A. MORROW, Appellant.

No. WD 70170.

Missouri Court of Appeals,
Western District.

March 15, 2011.

Craig A. Johnston, Columbia, MO, for appellant.

Shaun J. Mackelprang, Richard A. Starnes, Jefferson City, MO, for respondent.

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JAMES E. WELSH, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Robert Morrow appeals his convictions, following a jury trial for murder in the second degree, section 565.021, and armed criminal action, section 571.015. The court sentenced him to consecutive terms of life in prison for murder and twenty years for armed criminal action. We affirm. Rule 30.25(b). A memorandum setting forth the reasons for this order has been provided to the parties.

Michael Todd CRANE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 71475.

Missouri Court of Appeals, Western District.

March 15, 2011.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division I: MARK D. PFEIFFER, Presiding Judge, and THOMAS H. NEWTON and ALOK AHUJA, Judges.

### Order

PER CURIAM:

Michael Crane appeals the Circuit Court of Jackson County's judgment denying his Rule 29.15 motion to vacate his convictions for rape, kidnapping, assault, and three counts of sodomy. We affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling. Rule 84.16(b).